1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Nancy Springer | Case No.  CV 19-01099-AB (FFMx) |
| Plaintiff, | ORDER DISMISSING CIVIL ACTION |
| v. | |
| Apria Healthcare Group Inc | |
| Defendants. | |

THE COURT having been advised by counsel that the above-entitled action has been settled;

IT IS THEREFORE ORDERED that this action is hereby dismissed without costs and without prejudice to the right, upon good cause shown within **30 days,** to re-open the action if settlement is not consummated.  This Court retains full jurisdiction over this action and this Order shall not prejudice any party to this action.

Dated:  April 25, 2019

_____
ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE