1  Todd M. Friedman (SBN 216752)
2  Adrian R. Bacon (SBN 280332)
   LAW OFFICES OF TODD M. FRIEDMAN, P.C.
3  21550 Oxnard St. Suite 780,
4  Woodland Hills, CA 91367
   Phone: 877-206-4741
5  Fax: 866-633-0228
6  tfriedman@toddflaw.com
7  abacon@ toddflaw.com
   *Attorneys for Plaintiff*
8

9  # UNITED STATES DISTRICT COURT

10 # CENTRAL DISTRICT OF CALIFORNIA

11

| | |
|---|---|
| NANCY SPRINGER, individually and on behalf of all others similarly situated | Case No. |
| | 2:19-cv-01099-AB-FFM |
| Plaintiff, | |
| vs. | **VOLUNTARY NOTICE OF DISMISSAL OF ACTION OF THE INDIVIDUAL CLAIMS WITH PREJUDICE AND THE PUTATIVE CLASS CLAIMS WITHOUT PREJUDICE** |
| APRIA HEALTHCARE GROUP, INC., and DOES 1-20, inclusive, | |
| Defendant(s). | |

**NOTICE IS HEREBY GIVEN** that Plaintiff, pursuant to Federal Rule of Civil Procedure 41(a)(1), hereby voluntarily dismisses the entire case with prejudice as to all of their individual claims and without prejudice as to the claims of any putative class member. Each party shall bear their own costs and attorneys' fees. Defendant has neither answered Plaintiff's Complaint, nor filed a motion for

Notice of Dismissal  - 1

summary judgment. Accordingly, this matter may be dismissed with prejudice and without an Order of the Court.

RESPECTFULLY SUBMITTED this May 29, 2019.

By:

/s/Adrian R. Bacon
Adrian R. Bacon ESQ.
Law Offices of Todd M. Friedman,P.C.
Attorney For Plaintiff

**CERTIFICATE OF SERVICE**

Filed electronically on May 29, 2019 with:

United States District Court CM/ECF system

Notification sent electronically on May 29, 2019 to:

To the Honorable Court, all parties and their Counsel of Record

By: /s/Adrian R. Bacon
Adrian R. Bacon ESQ.